UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ROBIN S. MARTIN,

        Plaintiff,

  v.

PEOPLE OF THE STATE OF CALIFORNIA
et al,

        Defendant.
                              /

Case Number: CV07-05207 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 1, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robin S. Martin
Pelican Bay State Prison
E36171
P.O. Box 7500
Crescent City, CA 95532

Dated: April 1, 2008

                                      Richard W. Wieking, Clerk
                                      By: Frank Justiliano, Deputy Clerk