IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBIN S. MARTIN, | ) | No. C 07-5207 JSW (PR) |
| Petitioner, | ) ) ) | **JUDGMENT** |
| vs. | ) ) | |
| ROBERT HOREL, Warden, | ) ) | |
| Respondent. | ) ) ) | |

The Court has dismissed the instant habeas petition without prejudice. A judgment of dismissal is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: April 1, 2008

*Jeffrey S. White*

JEFFREY S. WHITE
United States District Judge